JOHN P. GAITLEY, Respondent, *v.* ALBANY FOUNDRY COMPANY, Appellant.

*Gaitley* v. *Albany Foundry Co.*, 157 App. Div. 10, affirmed.
(Argued October 25, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note. The action is by the payee against the maker. The answer admits the making of the note, but sets up as a defense that the note had no valid inception, not having been given in the regular course of the business of the defendant corporation or for its benefit, and it having received no consideration whatever for the giving of the note; and further alleging that John E. Gaitley, who signed the note as president of said corporation, had no authority to do so.

*Rollin B. Sanford* and *William G. Van Loon* for appellant.

*Thomas F. McDermott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.